IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. AP-75,479






DEMETRIUS DEWAYNE SMITH, Appellant



v.



THE STATE OF TEXAS





ON DIRECT APPEAL


FROM CAUSE NO. 1021168 IN THE 183RD DISTRICT COURT

HARRIS COUNTY




 Keasler, J., filed a concurring opinion. 


CONCURRING OPINION 



 I join the Court's opinion with the exception of its resolution of points of error
eighteen and nineteen. (1)
 I would hold that State's Exhibits 73 and 74, the TDCJ-ID
penitentiary packets containing disciplinary reports and hearing records concerning
Demetrius Dewayne Smith's past prison conduct, are business records that do not constitute
testimonial hearsay under Crawford v. Washington. (2) The analysis set out in Ohio v. Roberts (3)
controls, and because the records fall within a firmly rooted hearsay exception, Smith's rights
under the Confrontation Clause were not violated. 


DATE DELIVERED: May 6, 2009

PUBLISH
1. Russeau v. State, 171 S.W.3d 871, 887-88 (Tex. Crim. App. 2005) (Keasler, J.,
dissenting.).

2. 541 U.S. 36 (2004).
3. 448 U.S. 56 (1980).